# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JUDITH EIERDAM, § § Plaintiff, § § v. § § PORTFOLIO RECOVERY ASSOCIATES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC; § § § § § § § § § Defendants. § | Case No. 4:23-cv-00978-P |

## JOINT NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Judith Eierdam and Defendant Trans Union, LLC ("Trans Union"), by and through undersigned counsel, hereby notify the Court that Plaintiff and Trans Union only have reached a settlement in the above-referenced matter. Plaintiff and Trans Union are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Trans Union will be finalized within the next sixty (60) days. Plaintiff's claims against remaining defendants remain pending.

Dated:  November 17, 2023                             Respectfully submitted,


                                                                */s/ Charlotte Long*
Charlotte Long, Esq.
Texas Bar No. 24094692
Trans Union, LLC
554 Baroque Way
Irving, TX  75060
(469) 578-1464
E-Mail:  charlotte.long@transunion.com
**Counsel for Defendant Trans Union, LLC**


*s/ James A. Foley (with consent)*
James A. Foley SBN 2405549
Ciment Law Firm PLLC
1751 River Run Suite 280
Fort Worth, TX 76107
(833) 663 – 3289 x 3006
Fax ( 855) 855 – 9830
Courtfilings@Ciment Lawfirm.com
James@JamesFoleyPLLC,com
**Counsel for Plaintiff Judith Eierdam**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Charlotte Long*
Charlotte Long, Esq.
