IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUDITH EIERDAM, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No. 4:23-cv-00978-P |
| PORTFOLIO RECOVERY ASSOCIATES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC; | § § § § § § § § | |
| Defendants. | § | |

**NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that she has reached a settlement with Defendant Experian Information Solutions, Inc. Plaintiff moves that all deadlines for Experian be stayed and that she be given sixty days to submit a notice of dismissal as to Experian.

                          Respectfully submitted,

                 /s/ *James A. Foley*
                    James A. Foley SBN 24055491
                    Ciment Law Firm PLLC
                    1751 River Run #280
                    Fort Worth, Texas 76107
                    (833) 663-3289
                    Fax (855) 855-9830
                    ATTORNEY FOR PLAINTIFF
                    JUDITH EIERDAM

CERTIFICATE OF SERVICE

I certify that the above document was sent to all parties of record via the ecf filing system on April 29, 2024.

*James A. Foley*
James A. Foley