UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JUDITH EIERDAM,**

   Plaintiff,

v.                                              No. 4:23-cv-00978-P

**PORTFOLIO RECOVERY ASSOCIATES,
LLC, ET AL.,**

   Defendants.

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Parties' Stipulation of Dismissal (ECF No. 46), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED with prejudice**.

**SO ORDERED** on this **10th day** of **June 2024.**

*[signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE